STATE v. DUFFEY

No. 135 PC.

Case below: 23 N.C. App. 515.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 March 1975.

STATE v. EDWARDS

No. 15 PC.

Case below: 24 N.C. App. 393.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 March 1975.

STATE v. GRIFFITH

No. 10 PC.

Case below: 24 N.C. App. 250.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 March 1975.

STATE v. PEARSON

No. 14 PC.

Case below: 24 N.C. App. 410.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 March 1975.

STATE v. SMITH

No. 184 PC.

Case below: 24 N.C. App. 97.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 March 1975.